Cecchini et al., Appellants, *v.* Elko.

Argued April 23, 1968.   Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Samuel J. Goldstein,* for appellants.

*A. J. Rosenbleet,* City Solicitor, for appellees.

OPINION PER CURIAM, October 3, 1968:
Decree affirmed.   See Act No. 165, approved July 16, 1968.   Each party to pay own costs.